1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     JAIME LUEVANO,                          Case No. 22-cv-08709-HSG

8                 Plaintiff,                  **ORDER OF DISMISSAL FOR LACK
                                              OF VENUE**
9           v.

10    JOE BIDEN, et al.,

11                Defendants.

12

13          Plaintiff, an inmate housed at the Texas Department of Criminal Justice, Alfred D. Hughes

14    Unit, in Gatesville, Texas, has filed this action against United States President Joe Biden and

15    United States Vice-President Kamala Harris.  Dkt. No. 1.  Plaintiff claims that the action is

16    brought pursuant to 28 U.S.C. § 2241, which governs federal habeas petitions challenging federal

17    custody, but also demands a jury trial.  Plaintiff's handwriting is hard to decipher and his

18    allegations are even harder to follow.  Plaintiff appears to allege that the Department of Defense

19    has failed to reply to him regarding the Combatant Review Status Tribunal or any military

20    commission; has not compelled his transfer to San Diego, California; and has not de-classified or

21    disclosed who is attacking Plaintiff and his family members by satellite and by misusing military

22    equipment.  *See generally* Dkt. No. 1.

23          Venue generally is proper in a judicial district in which: (1) any defendant resides, if all

24    defendants are residents of the state in which the district is located; (2) a substantial part of the

25    events or omissions giving rise to the claim occurred, or a substantial part of property that is the

26    subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction,

27    if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Here,

28    none of the events or omissions giving rise to Plaintiff's claim(s) occurred in the Northern District

United States District Court
Northern District of California

of California and none of the parties reside in this district.  Accordingly, this action is DISMISSED for lack of venue in this district.  28 U.S.C. §1406(a) (where case is filed in wrong venue, district court may either dismiss case or transfer case to appropriate venue).  This dismissal is without prejudice to re-filing this action in the appropriate venue.

## CONCLUSION

For the reasons set forth above, the action is DISMISSED for lack of venue.  This dismissal is without prejudice to re-filing this action in the proper venue.  The Clerk shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated:   12/19/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California