UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LUEVANO,<br><br>            Plaintiff,<br><br>    v.<br><br>JOE BIDEN, et al.,<br><br>            Defendants. | Case No. 22-cv-08709-HSG<br><br>**JUDGMENT** |

The Court has dismissed this action without prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/19/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge