UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME LUEVANO,<br><br>   Plaintiff,<br><br>   v.<br><br>JOE BIDEN, et al.,<br><br>   Defendants. | Case No. 22-cv-08709-HSG<br><br>**ORDER DENYING AS MOOT REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 7 |

The Court has dismissed this action for lack of venue. Dkt. Nos. 5, 6. Plaintiff's request for leave to proceed *in forma pauperis* is therefore denied as moot.

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated:   1/10/2023

                                                                                                       _____
                                                                                                       HAYWOOD S. GILLIAM, JR.
                                                                                                       United States District Judge